## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-po-00021-GJR-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JAMES CLARK,

      Defendant.

---

## ORDER EXTENDING VOLUNTARY SURRENDER DATE

---

Upon report of the probation officer that because of extenuating circumstances regarding notification of the defendant, it is

**ORDERED** that the voluntary surrender date initially set for November 27, 2006, before noon, be extended until December 18, 2006, before noon. The Court recommends that the defendant be designated to the Criminal Justice Center, 2739 E. Las Vegas, Colorado Springs, Colorado.

**DATED** at Denver, Colorado, this 30th day of November, 2006.

BY THE COURT:

_Gudrun Rice_
Gudrun Rice
United States Magistrate Judge